The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RANDY SPARKS,<br><br>　　　　　　Defendant. | No. 2:18-cr-00172-RSL<br>(Related Case No. 2:18-cr-00107-RSL)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LIMITED UNSEALING OF THE RECORD |

THIS MATTER coming before the Court on Defendant Randy Sparks' unopposed Motion for Limited Unsealing of the Record,

The Court finds good cause to unseal and it is HEREBY ORDERED that Defendant Dexter Jorgensen's Sentencing Memorandum (Dkt. #39), Defendant Dexter Jorgensen's Response to Government's Request for Restitution (Dkt. #41), and Government's Supplement and Exhibits I and J (Dkt. #42) are unsealed for the limited purpose of review and use in his defense at sentencing by Defendant Randy Sparks and his counsel. It is FURTHER ORDERED that the Protective Order (Dkt. #13) previously entered in this case remains in effect and that Defendant Randy Sparks and his counsel are subject to the provisions of this order.

DATED: May 21, 2019.

_____
The Honorable Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR
LIMITED UNSEALING OF THE RECORD – Page 1
No. 2:18-cr-00172-RSL

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888